# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

| | |
|---|---|
| Donnie R. Fowler } | **Case No: 16-00479-TOM7** |
| SSN: XXX-XX-4344 } | |
| DEBTOR(S). } | |
| } | |
| } | |

## ORDER GRANTING

This matter was scheduled for a hearing on Thursday, June 16, 2016 09:30 AM on the following:
RE: Doc #18; Joint Motion to Reopen Chapter 7 Case filed by Michael Harrison, Attorney for Avadian Credit Union

**It is hereby ORDERED, ADJUDGED and DECREED that:**

This matter came to be heard on the Debtor's Motion to Reopen Bankruptcy Case in order to file a reaffirmation agreement between the Debtor and Avadian Credit Union.

The Court having considered the Debtor's Motion, for good cause shown, said Motion is hereby GRANTED and the above-styled Chapter 7 case is REOPENED and the Reaffirmation Agreement (proceeding #20) is deemed timely filed.

Dated: 06/15/2016

/s/ TAMARA O. MITCHELL
TAMARA O. MITCHELL
United States Bankruptcy Judge